SHAWMUT BANK *v.* LISE-LOTTE KNUDSEN
(13848)

LAVERY, SCHALLER and HENNESSY, Js.
Argued June 1—decision released July 4, 1995

*William F. Gallagher,* for the appellant (defendant), with whom was *Lise-Lotte Knudsen,* pro se.

*Thomas V. Battaglia, Jr.,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.